### 610.   LUNSFORD *et al. v.* THE STATE.

HILL, C. J.   1. The verdict against W. B. Lunsford is wholly without any evidence to support it, and is therefore contrary to law.

2. The examination of two of the witnesses was conducted by the trial judge in such manner as to violate the spirit of section 4334 of the Civil Code as construed by this court in *Sharpton* v. *State*, 1 *Ga. App.* 542, 57 S. E. 929; and a new trial is ordered for both defendants.

*Judgment reversed.*

Indictment for larceny, from Worth superior court—Judge Spence.   June 8, 1907.

Argued July 18,—Decided September 19, 1907.

*Payton & Hay,* for plaintiffs in error.

*W. E. Wooten, solicitor-general, J. H. Tipton,* contra.